IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASON CEJKA, <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON TECHS. CORP., AAR CORP., QUEST GLOBAL SERVICES PTE, LTD., <br><br> Defendants. | CIVIL ACTION NO.  5:21-CV-00020-RWS |

## ORDER

Before the Court is the Notice of the United States That it is Not Intervening at This Time. Docket No. 19. While the United States is not intervening at this time, it has requested that Relator Jason Cejka maintain the action in the name of the United States, and that the Court solicit the written consent of the United States before ruling or granting dismissal of this action. *Id.* In addition, pursuant to 31 U.S.C. § 3730(c)(3), the United States requested that the orders issued by the Court be sent to the Government's counsel. *Id.* Further, the United States reserved the right to intervene in this action at a later date or seek to dismiss Relator's action or claim upon a showing of good cause. *Id.* (citing 31 U.S.C. § 3730(c)(3)). Finally, the United States requested that Relator's complaint (Docket No. 2), the United States's Notice (Docket No. 19), and this Order be unsealed. *Id.* The United States requested that all other papers on file in this action *before* the date of this Order *remain under seal*, while any filings in this action that occur *after* the date of this Order shall *be unsealed*. *Id.* Accordingly, it is

**ORDERED** that Relator's complaint (Docket No. 2) be unsealed and served upon the Defendants by the relator. It is further

**ORDERED** that all other docket entries dated prior to the date of this Order in the above-captioned matter remain under seal, not to be served on the Defendants, except for this Order and the Notice of the United States (Docket No. 19). It is further

**ORDERED** that the seal is lifted as to all matters in the above-captioned cases occurring after the date of this Order unless otherwise indicated. It is further

**ORDERED** that the parties shall serve all pleadings, motions, and notices of appeal filed in the above-captioned action upon the United States pursuant to 31 U.S.C. § 3730(c)(3). The United States also maintains the right to order any deposition transcripts. All orders or decisions of the Court will continue to be sent to the United States. It is further

**ORDERED** that this action may not be dismissed, settled, or otherwise discontinued without the written consent of the United States pursuant to 31 U.S.C. § 3730(b)(1).

**So ORDERED and SIGNED this 7th day of November, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE